■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREN BISHOP, Appellant. [875 NYS2d 807]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ingram, J.), rendered April 28, 2006, convicting him of assault in the first degree, assault in the second degree, assault in the third degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was afforded meaningful representation and, therefore, was not denied the effective assistance of counsel (*see People v Berroa*, 99 NY2d 134, 138 [2002]; *People v Henry*, 95 NY2d 563, 565 [2000]; *People v Benevento*, 91 NY2d 708, 712 [1998]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Florio, Dickerson and Chambers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN BROWN, Appellant. [875 NYS2d 808]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 22, 2008 (*People v Brown*, 47 AD3d 826 [2008]), affirming a judgment of the Supreme Court, Kings County, rendered March 20, 2006, as amended March 22, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Ritter, J.P., Miller, Dillon and Angiolillo, JJ., concur.